STEVEN J. SIBLEY (SBN 152365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
e-mail: sjs@ dslaw.net

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| EAGLE CASTLE WINERY, LLC., | Case No. 12-55056 SLJ |
|---|---|
| Debtor | Chapter 11 |
| | **EX PARTE APPLICATION TO EXTEND THE TIME FOR FILING DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |
| | [NO HEARING REQUESTED] |

EAGLE CASTLE WINERY LLC ("Debtor") hereby requests additional time to complete and file its schedules and statement of financial affairs. In support thereof, the Debtor respectfully represents the following:

1. On July 6, 2012, the Debtor filed its Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code. The debtor operates a winery, tasting room and ballroom. The winery is located in San Luis Obispo County, California

2. The Petition was filed in this District on an "emergency" basis, without a Statement of Financial Affairs and Schedules.

3. Pursuant to Fed. R. Bank Pro. 1007, the Debtor is required to file its Schedules and Statement of Financial Affairs on or before July 20, 2012.

4. Good cause exists to extend the filing deadline. The filing occurred to stop a notice of trustee sale set for 11:00 a.m. July 6, 2012. The filing occurred in this District, though the debtor's principal assets are located in the Central District of California. The Debtor filed

EX PARTE APPLICATION TO EXTEND
FILING DEADLINE                                                         Case No. 12-55056 SLJ

an ex parte application to change venue on or about July 9, 2012. This Court denied the application without prejudice, requiring the debtor to file a list of creditors to allow notice of the bankruptcy filing before the court considers a change of venue. The debtor is filing its list of creditors and twenty largest unsecured creditors concurrently with this Application.

5. In addition, debtor's proposed counsel, Steven J. Sibley, will be away from the office from July 19 through July 27, 2012, returning to the office July 30, 2012. The debtor estimates it will take until Friday, August 10, 2012 to fully and accurately prepare the Schedules and Statement of Financial Affairs and file them with the court.

6. No previous application has been made by the Debtor for an extension of time to file its Schedules and Statement of Financial Affairs.

7. As required by Fed. Rule of Bank. P. 1007(c), this Application has been served upon the Office of the United States Trustee, all unsecured creditors (there are less than twenty unsecured creditors)upon all parties requesting special notice.

WHEREFORE, Debtor prays for an Order extending the debtor's deadline to August 10, 2012, to file its Schedules and Statement of Financial Affairs.

Dated: July 17, 2012                    DINAPOLI & SIBLEY


                                         By: */s/ Steven J. Sibley*
                                             STEVEN J. SIBLEY, Proposed
                                             Attorneys for Debtor
                                             EAGLE CASTLE WINERY, LLC

EX PARTE APPLICATION TO EXTEND
FILING DEADLINE                                                     Case No. 12-55056 SLJ
Case: 12-55056   Doc# 10   Filed: 07/18/12   Entered: 07/18/12 15:33:56   Page 2 of 2